## KEGERREIS v CITIZENS TRUST CO

Ohio Appeals, 6th Dist, Lucas Co

Decided March 9, 1936

Brandon G. Schnorf, Toledo, for plaintiff in error.

Harold T. Hanley, Toledo, for defendant in error.

For full opinion see 6 OO 410; 52 Oh Ap 412.